IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

SHARQAWI ABDU ALI AL-HAJJ, )
)
Petitioner, )
) Civil Action No. 09 -745 (RCL)
v. )
)
BARACK OBAMA, *et al.*, )
)
Respondents. )
)

**ORDER**

Upon consideration of Respondents' Consent Motion for Enlargement of Time to

Respond to the Discovery Order entered September 4, 2009, it is hereby

ORDERED that the Respondents are allowed until November 4, 2009, to complete the

ordered discovery.

SO ORDERED.

Date: 10/5/2009                         ____/s/_____
                                        ROYCE C. LAMBERTH
                                        UNITED STATES DISTRICT JUDGE